UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00258-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ELWARE HERNANDEZ-MATAMOROS,

      Defendant.

---

## ORDER

---

      This matter is before the Court upon a review of the file.  To ensure all pre-trial phases of the case are complete before the commencement of the jury trial, it is

      ORDERED that all pretrial motions shall be filed by **Monday, August 1, 2011** and responses to these motions shall be filed by **Wednesday, August 10, 2011.**  It is

      FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will not be set at this time.  Should a hearing become necessary, the parties shall contact Chambers. It is

      FURTHER ORDERED that a 2-day jury trial is set for **Monday, August 22, 2011, at 9:00 a.m. in courtroom A-1002.**

      Dated:  June 28, 2011

                           BY THE COURT:

                           s/ Wiley Y. Daniel
                           Wiley Y. Daniel
                           Chief United States District Judge