UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00258-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  ELWARE HERNANDEZ-MATAMOROS,

   Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

   A Notice of Disposition was filed in the above matter on July 25, 2011. Accordingly, the jury trial set for August 22, 2011 is **VACATED.**  A Change of Plea hearing is set for **Monday, September 12, 2011 at 3:30 p.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

   Dated:  July 27, 2011